Pro Se 15 2016

FILED ___ ENTERED
___ LODGED ___ RECEIVED

FEB 02 2023   JC

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

STEVEN A. METZ

Plaintiff(s),

v.

JAMES R. O'MONESCH,
MICHAEL ANDERSON
SEAN GILLESPIE

Defendant(s).

CASE NO. 23-cv-160-MJP
[to be filled in by Clerk's Office]

COMPLAINT FOR VIOLATION
OF CIVIL RIGHTS
(for use only by plaintiffs not in custody)

Jury Trial: ☐ Yes ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: STEVEN METZ
Street Address: 3635 Amble Rd.
City and County: LANGLEY   W. ISLAND
State and Zip Code: WASHINGTON 98260
Telephone Number: 360 929-0747

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1

Pro Se 15 2016

1   B.   Defendant(s)

2   *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an*
3   *individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | James R. Simoneshi - Deputy |
| Job or Title (if known) | Deputy Marshal SCSO |
| Street Address | 3000 Rockefeller Ave. |
| City and County | Everett, Snohomish |
| State and Zip Code | Washington 98201 |
| Telephone Number | 425-388-3393 |
| ☐ Individual capacity | ☐ Official capacity |

Defendant No. 2

| | |
|---|---|
| Name | Michael Anderson |
| Job or Title (if known) | Deputy Marshal SCSO |
| Street Address | 3000 Rockefeller Ave |
| City and County | Everett, Snohomish |
| State and Zip Code | Washington 98201 |
| Telephone Number | 425-388-3393 |
| ☐ Individual capacity | ☐ Official capacity |

Defendant No. 3

| | |
|---|---|
| Name | Sean Gillespie |
| Job or Title (if known) | Sargent SCSO |
| Street Address | 3000 Rockefeller Wa. |
| City and County | Everett, Snohomish |
| State and Zip Code | Washington 98201 |
| Telephone Number | 425-388-3393 |
| ☐ Individual capacity | ☐ Official capacity |

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

Defendant No. 4

    Name _____
    Job or Title *(if known)* _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    ☐ Individual capacity    ☐ Official capacity

## II. PREVIOUS LAWSUITS

Have you brought any other lawsuits in any federal court in the United States:?

☒ No     ☐ Yes     If yes, how many? _____

Describe the lawsuit:

_____
_____
_____
_____

Parties to this previous lawsuit:

_____
_____
_____

Plaintiff(s)

_____
_____

*Pro Se 15 2016*

Defendant(s)

_____

_____

_____

_____

_____

_____

_____

*(If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary)*

Court and name of district: _____

Docket Number: _____

Assigned Judge: _____

Disposition: *(For example, was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)*

_____

_____

_____

Approximate filing date of lawsuit: _____

Approximate date of disposition: _____

## III.   BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens*

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 4

Pro Se 15 2016

v. *Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Deputies violated 4th Amendment when they battered handcuffed and detained me with no probable cause to do so. There was no R.A.S. Reasonable Articulable Suspicion of a crime.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

NA.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 5

1  under *Bivens*, explain how each defendant acted under color of federal law. Attach
2  additional pages if needed.

3  Deputy Simoneshi exhibited conduct unbecomming
4  when he refused to Identify and instead, detained
5  shackeled and searched my person with no
6  probable cause to do so. Michael Anderson Assisted

### IV. STATEMENT OF CLAIM

*State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

Battered, Detained, searched, held without consent.
Simoneschi retaliated when I request his ID, by
falsely arresting me with no probale cause to do so.

A. Where did the events giving rise to your claim(s) occur?

Public lobby of Snohomish County Courthouse

B. What date and approximate time did the events giving rise to your claim(s) occur?

December 16, 2020 @ about NOON.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Deputy shouted to "Shut up and do as you are told."
He refused to Identify, instead he advanced on
me, battering, handcuffing and re-searching me.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 6

Pro Se 15 2016

Falsely alleging trespassing. ANA Kost, Pacific Security Team /observed/ Keith Berg, Eduardo Caballero, Austin Edwards

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

I was traumatized and forced to endure testing by jail medical personell which escalated my BP to 268/168 which prompted the tech to insist I should be in a hospital. Only then was I released

## VI. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.*

Actual damage - Emergency room $600.00

Punitive damage - Deputy is responsible for multiple false arrests - His penalty = 100K / Donated to charity

## VII. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 7

*Pro Se 15 2016*

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-2-2023

Signature of Plaintiff: /s/

Printed Name of Plaintiff: STEVEN A. METZ

Date of signing:

Signature of Plaintiff:

Printed Name of Plaintiff:

Date of signing:

Signature of Plaintiff:

Printed Name of Plaintiff:

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 8