1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

10      STEVEN A. METZ,                 CASE NO. C23-160 MJP

11              Plaintiff,            ORDER GRANTING MOTION TO AMEND

12        v.

13      JAMES R. SIMONESCHI, MICHAEL
   ANDERSON, SEAN GILLESPIE,

14             Defendants.

15

16

17       This matter comes before the Court on Plaintiff's Praecipe, which the Court construes as

18 a Motion to Amend the complaint. (Dkt. No. 8.) Pursuant to Federal Rule of Civil Procedure

19 15(a)(1)(A), Plaintiff may amend his complaint once as a matter of course within 21 days of

20 service. Although there is no affidavit of service, Defendants filed a notice of appearance on

21 March 22, 2023. (Dkt. Nos. 5, 6.) Plaintiff then filed his Praecipe within 21 days, on March 7,

22 2023. The Court therefore GRANTS the Motion. The Court will construe the complaint with the

23 amendments as to the compensatory and punitive damages sought, as specified in the Praecipe.

24       \\

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated April 3, 2023.

Marsha J. Pechman
United States Senior District Judge