1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN A. METZ,<br><br>                Plaintiff,<br><br>    v.<br><br>JAMES R. SIMONESCHI, MICHAEL ANDERSON, SEAN GILLESPIE,<br><br>                Defendants. | CASE NO. C23-160 MJP<br><br>ORDER GRANTING MOTION TO DISMISS |

This matter comes before the Court on Plaintiff's Motion to Dismiss. (Dkt. No. 11.) Having reviewed the Motion, the Response (Dkt. No. 12), and all supporting materials, the Court GRANTS the Motion. Plaintiff asks for the Court to dismiss his motion to dismiss without prejudice. (Dkt. No. 11.) Defendants concur in Plaintiff's request. The Court therefore GRANTS this Motion and DISMISSES this action WITHOUT PREJUDICE.

\\

\\

\\

ORDER GRANTING MOTION TO DISMISS - 1

1 | The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

2 | Dated April 6, 2023.

Marsha J. Pechman
United States Senior District Judge